# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENYEHUDAH WHITFIELD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-968-GPM-DJW ) |
| LAWRENCE CORRECTIONAL CENTER, *et al.*, | ) ) ) |
| Defendants. | ) |

# ORDER

**MURPHY, District Judge:**

On February 27, 2008, this Court issued an Order (Doc. 18) referring this matter to a United States Magistrate Judge. A review of this prior Order reveals that the Court inadvertently failed to direct that Defendant Boyd be served with process in this case.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk is **DIRECTED** to prepare Form 1A (Notice of Lawsuit and Request for Waiver of Service of Summons) and Form 1B (Waiver of Service of Summons) for Defendant **BOYD**. The Clerk shall forward those forms, the USM-285 form submitted by Plaintiff, and sufficient copies of the complaint to the United States Marshal for service.

The United States Marshal is **DIRECTED**, pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, to serve process on Defendant **BOYD** in the manner specified by Rule 4(d)(2) of the Federal Rules of Civil Procedure. Process in this case shall consist of the complaint, applicable forms 1A and 1B, and this Memorandum and Order. For purposes of computing the passage of time

under Rule 4(d)(2), the Court and Defendant Boyd will compute time as of the date it is mailed by the Marshal, as noted on the USM-285 form.

Defendant **BOYD** is **ORDERED** to timely file an appropriate responsive pleading to the complaint, and shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g).

Any and all other provisions of the prior Order (Doc. 18) that apply to the served defendants (*i.e.*, Defendants Illinois Department of Corrections ("IDOC"), Anderson, Benton, Bryant, Ernest, Fairchild, Ford, Garnett, Grizzwall, Love, Moran, Ryker, Stevenson, Sutton, Walker, Wilson, Goins, and McCallister) also apply to Defendant Boyd.

**IT IS SO ORDERED.**

**DATED:** 2/29/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge