IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BENYEHUDAH WHITFIELD,          )
                               )
          Plaintiff,           )
                               )
vs.                            )    CIVIL NO. 06-968-GPM
                               )
LAWRENCE CORRECTIONAL          )
CENTER, *et al.*,              )
                               )
          Defendants.          )

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter is before the Court *sua sponte*. On August 18, 2008, this Court entered its Memorandum and Order revoking Plaintiff's leave to proceed *in forma pauperis*. Plaintiff was directed to pay the full the $350 filing fee within fifteen (15) days of the date that the Memorandum and Order was entered. This Court also denied Plaintiff's motion to reconsider the revocation of his *in forma pauperis* status.

More than fifteen days have passed since the Court entered its Memorandum and Order revoking Plaintiff's *in forma pauperis* status, and Plaintiff has yet to pay the full filing fee. Accordingly, Plaintiff's action is **DISMISSED** with prejudice for failing to comply with this Court's order. *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

DATED: 09/30/08

s/ G. Patrick Murphy
G. Patrick Murphy
United States District Judge