IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BENYEHUDAH WHITFIELD, )
)
        Plaintiff, )
)
vs. ) CIVIL NO. 06-968-GPM
)
LAWRENCE CORRECTIONAL CENTER, )
*et al.*, )
)
        Defendants. )

# JUDGMENT IN A CIVIL CASE

This action came before District Judge G. Patrick Murphy after Plaintiff failed to pay the full filing fee as ordered, and the following decision was reached:

**IT IS ORDERED** that Plaintiff, **BENYEHUDAH WHITFIELD,** shall recover nothing and the action be **DISMISSED on the merits**.

**DATED**: 09/30/08

                                                        NORBERT G. JAWORSKI, CLERK

                                            By: s/ Linda M. McGovern
                                                    Deputy Clerk

APPROVED: s/ G. Patrick Murphy
                  G. Patrick Murphy
                  United States District Judge